# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RYAN ZURAKOV,

        Plaintiff,

v.

THE CBE GROUP INC.,

        Defendant.

Case No. 19-CV-480-JPS

**ORDER**

On June 21, 2019, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #5). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge